DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Upshur<br><br>Case below:<br>176 N.C. App. 174 | No. 124P04-2 | 1. Def's NOA Based Upon a Constitutional Question (COA04-397) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>11/16/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>11/16/06 |
| | | 4. Defendant-Appellant's Motion to Withdraw Petition from Review | 4. Dismissed as Moot<br>11/16/06 |
| State v. Verbal<br><br>Case below:<br>177 N.C. App. 289 | No. 280A06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1000) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>10/05/06 |
| State v. Walker<br><br>Case below:<br>Guilford County<br>Superior Court | No. 076A95-5 | AG's PWC to Review Order of Guilford County Superior Court (Guilford County Superior Court) | Denied<br>10/05/06 |
| State v. Wilson<br><br>Case below:<br>178 N.C. App. 563 | No. 427P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-729) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>10/05/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>10/05/06 |
| State v. Witham<br><br>Case below:<br>178 N.C. App. 564 | No. 452P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1350) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>10/05/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>10/05/06 |
| State v. Younger<br><br>Case below:<br>132 N.C. 586 | No. 148P06 | Def's PWC to Review the Decision of the COA (COA98-324) | Denied<br>11/16/06<br><br>**Edmunds, J., Recused** |
| State ex rel. Utilities Comm'n v. Cooper<br><br>Case below:<br>Utilities Comm'n | No. 196A06 | Appellant's (Attorney General) Motion for Dismissal of Appeal Pursuant to Settlement | Allowed<br>11/16/06 |
| Swiney v. Arvin Meritor, Inc.<br><br>Case below:<br>176 N.C. App. 409 | No. 235P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-913) | Denied<br>10/05/06 |